# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| RON BUSSANMAS, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-14-00327-HE |
| MIKE SNIDER, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Plaintiff has filed an application for leave to proceed in forma pauperis and supporting affidavit, Doc. 2. United States District Judge Joe Heaton referred the matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Having reviewed said application, the undersigned finds that Plaintiff has sufficient funds to prepay the filing fee of $400.00. Because Plaintiff does not qualify for authorization to proceed without prepayment of the filing fee, the undersigned recommends that Plaintiff's application be denied and that he be ordered to prepay the full $400.00 filing fee for this action to proceed. 28 U.S.C. § 1915(a)(1). The undersigned further recommends that this action be dismissed without prejudice to refiling unless Plaintiff pays the $400.00 filing fee in full to the Clerk of the Court within twenty (20) days of any order adopting this Report and Recommendation.

The undersigned advises Plaintiff of his right to file an objection to this Report and Recommendation with the Clerk of this Court by July 2, 2014, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. The undersigned further advises Plaintiff that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Moore v. United States*, 950 F. 2d 656, 659 (10th Cir. 1991).

ENTERED this 12th day of June, 2014.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE